UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEACHERS INSURANCE AND ANNUITY
ASSOCIATION OF AMERICA and NUVEEN
FUND ADVISORS, LLC,

                    Plaintiffs,

                    -v.-

U.S. SPECIALTY INSURANCE COMPANY,

                    Defendant.

23 Civ. 4769 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    Three motions were filed in this insurance coverage dispute between Plaintiffs Teachers Insurance and Annuity Association of America ("TIAA") and Nuveen Fund Advisors, LLC ("Nuveen") (collectively, "Plaintiffs"), and Defendant U.S. Specialty Insurance Company ("USSIC" or "Defendant"), namely (i) Defendant's motion to preclude Plaintiffs' expert witnesses; (ii) Plaintiffs' motion for summary judgment; and (iii) Defendant's cross-motion for summary judgment. In a sealed Opinion and Order filed on June 26, 2025, the Court granted in part and denied in part Defendant's motion to preclude Plaintiffs' expert witnesses; granted in part and denied in part Plaintiffs' motion for summary judgment; and denied in full Defendant's cross-motion for summary judgment. The Clerk of Court is directed to terminate the pending motions at docket entries 42, 47, and 53.

    The parties are hereby ORDERED to file a joint letter suggesting redactions to this Opinion in accordance with *Lugosch* v. *Pyramid Co. of*

*Onondaga*, 435 F.3d 110 (2d Cir. 2006), on or before **July 17, 2025**. Taking the parties' suggestions into consideration, the Court will then file a redacted version of the Opinion on the public docket.

The parties are further ORDERED to submit a joint letter on or before **July 24, 2025**, proposing trial dates in the fourth quarter of 2025 or the first quarter of 2026 and/or updating the Court on their proposed next steps in this action.

SO ORDERED.

Dated: June 26, 2025
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2